Certificate Number: 14912-CAC-DE-041004999

Bankruptcy Case Number: 26-11394



14912-CAC-DE-041004999

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 21, 2026, at 6:19 o'clock PM EDT, Rotha So completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Central District of California.

Date:   May 21, 2026                          By:      /s/Jai Bhatt

                                              Name:  Jai Bhatt

                                              Title:   Counselor