United States Bankruptcy Court

Central District of California

| | |
|---|---|
| In re: | Case No. 26-11394-MH |
| Rotha So | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2026 | Form ID: 318a | Total Noticed: 29 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Rotha So, 4255 Campus Dr Ste A100, Irvine, CA 92616-9001 |
| 43083244 | + | Fountain Valley Regional Hospital, 17100 Euclid St, Fountain Valley, CA 92708-4043 |
| 43083247 | + | Irvine Company, Villa Coronado, 100 Ambazar, Irvine, CA 92614-8565 |
| 43083252 | | Maricopa County Treasurer, Po Box 52133, Phoenix, AZ 85072-2133 |
| 43083253 | | MemorialCare Financial Services, PO Box 20894, Fountain Vly, CA 92728-0894 |
| 43083261 | + | Social Services Accounting, PO Box 1965, Santa Ana, CA 92702-1965 |
| 43083265 | | Wendy Chu, c/o Steven Silverstein, 14351 Red Hill Ave, Ste G, Tustin, CA 92780-6271 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FTHCASEY.COM | Aug 11 2026 14:50:00 | Thomas H Casey (TR), 26400 La Alameda, Suite 210, Mission Viejo, CA 92691-8578 |
| smg | | EDI: EDD.COM | Aug 11 2026 14:50:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Aug 11 2026 14:50:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 43083241 | | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 11 2026 10:56:10 | Affirm, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 43083242 | | EDI: CAPITALONE.COM | Aug 11 2026 14:50:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 43083243 | + | Email/Text: bankruptcy@fncbinc.com | Aug 11 2026 10:56:00 | First National Credit Bureau, 50 W Liberty St Ste 250, Reno, NV 89501-1973 |
| 43083245 | | EDI: CALTAX.COM | Aug 11 2026 14:50:00 | Franchise Tax Board, Personal Bankruptcy MS A340, PO Box 2952, Sacramento, CA 95812-2952 |
| 43083246 | | EDI: IRS.COM | Aug 11 2026 14:50:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 43083248 | | EDI: JEFFERSONCAP.COM | Aug 11 2026 14:50:00 | Jefferson Capital Systems, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 43083249 | | Email/Text: bankruptcynotices@kts-law.com | Aug 11 2026 10:56:00 | Kimball, Tirey, St John LLP, 915 Wilshire Blvd Ste 1650, Los Angeles, CA 90017-2658 |
| 43083250 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 11 2026 10:56:07 | LVNV Funding, PO Box 10587, Greenville, SC 29603-0587 |
| 43083251 | | Email/Text: BK@mandarichlaw.com | Aug 11 2026 10:57:00 | Mandarich Law Group, PO Box 109032, Chicago, IL 60610-9032 |
| 43083257 | | Email/Text: ml-ebn@missionlane.com | | |

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Aug 11, 2026 | Form ID: 318a | Total Noticed: 29

|  |  |  |  |
|---|---|---|---|
|  |  | Aug 11 2026 10:56:00 | Mission Lane Tab Bank, Po Box 105286, Atlanta, GA 30348-5286 |
| 43083254 | EDI: MERCEDES | Aug 11 2026 14:50:00 | Mercedes-Benz Financial Services, PO Box 685, Roanoke, TX 76262-0685 |
| 43083255 | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 11 2026 10:56:05 | Merrick Bank, 10705 S Jordan Gtwy #200, South Jordan, UT 84095-3977 |
| 43083256 | Email/Text: bankruptcydpt@mcmcg.com | Aug 11 2026 10:57:00 | Midland Credit Management, PO Box 939069, San Diego, CA 92193-9069 |
| 43083260 | EDI: PRA.COM | Aug 11 2026 14:50:00 | Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541 |
| 43083258 | ^  MEBN | Aug 11 2026 10:53:16 | Patenaude & Felix, 9619 Chesapeake Dr, Ste 300 Ste 300, San Diego, CA 92123-1392 |
| 43083259 | Email/Text: pcabkt@phillips-cohen.com | Aug 11 2026 10:56:00 | Phillips & Cohen Associates, 1002 Justison St, Wilmington, DE 19801-5148 |
| 43083262 | +  EDI: TDBANKNORTH.COM | Aug 11 2026 14:50:00 | TD Bank, 4140 Church Rd, Mount Laurel, NJ 08054-2221 |
| 43083263 | EDI: TCISOLUTIONS.COM | Aug 11 2026 14:50:00 | The Bank of Missouri, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 43083264 | EDI: G2RSVELOCITY | Aug 11 2026 14:50:00 | Velocity Investments, 1800 State Route 34 Ste 305, Wall Township, NJ 07719-9146 |

TOTAL: 22

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026 | Signature: | /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Rotha So bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Thomas H Casey (TR) | msilva@tomcaseylaw.com thc@trustesolutions.net |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Rotha So | Social Security number or ITIN | xxx–xx–1714 |
| | First Name   Middle Name   Last Name | EIN | _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   Central District of California

Case number:   8:26–bk–11394–MH

## Order of Discharge – Chapter 7

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Rotha So

 [include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 8/10/26

**Dated:** 8/10/26

**By the court:**   Mark D. Houle
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

11/AUTU

**For more information, see page 2 >**

Official Form 318–CACBdodb/CACodsc        **Order of Chapter 7 Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**